■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DAVID ERHARDT, Appellant. [855 NYS2d 409]—Appeal from a judgment of the Supreme Court, Erie County (Russell P. Buscaglia, A.J.), rendered August 1, 2006. The judgment convicted defendant, upon his plea of guilty, of manslaughter in the first degree.

It is hereby ordered that the judgment so appealed from is unanimously affirmed. Present—Martoche, J.P., Centra, Lunn, Peradotto and Green, JJ.